IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JAMES A. PANE,

                Defendant.

---

21-CR- 6133

**INFORMATION**
**(Felony)**

**Violation:**
18 U.S.C. § 844(e)

(1 Count)

## COUNT 1

**(Threat by Mail to Injure and Intimidate an Individual and Unlawfully Damage and Destroy Property by Means of an Explosive)**

**The United States Attorney Charges That:**

From on or about February 24, 2021, through and including on or about March 9, 2021, in the Western District of New York, the defendant, **JAMES A. PANE**, through the use of the mail, willfully made a threat to injure and intimidate an individual, and to unlawfully damage and destroy real and personal property by means of an explosive.

**All in violation of Title 18, United States Code, Section 844(e).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 alleged in this Information, the defendant, **JAMES A. PANE**, shall forfeit all his right, title, and interest to the United States of any firearms and ammunition involved and used in the commission of the offenses, or found in his possession or under his immediate control at the time of arrest, including, but not limited to:

    a.    **FIREARM:**

        One Polymer80, Inc. pistol (P80 Tactical P80), with no serial number, seized from 151 Bernice Street, Rochester, New York, on April 8, 2021.

b.    **AMMUNITION AND FIREARM PARTS AND ACCESSORIES:**

        All seized from 241 Harding Road, Rochester, New York, on April 8, 2021:

- i. Two (2) silencers, both black;
- ii. One (1) Polymer 80, Inc. (P80 Tactical P80), unknown receiver/frame, with no serial number;
- iii. One (1) round of RWS Ammunition CAL: 40;
- iv. Forty-Three (43) rounds of unknown ammunition CAL: 40;
- v. Forty-One (41) rounds of Remington ammunition CAL: 9;
- vi. Twelve (12) rounds of Winchester-Western ammunition CAL: 40;
- vii. Sixteen (16) rounds of Federal ammunition CAL: 9;
- viii. One Hundred Twenty-Two (122) rounds of Speer ammunition CAL: 9;
- ix. Two Hundred Thirty-Nine (239) rounds of CCI ammunition CAL: 22;
- x. Forty-Nine rounds of Jagemann Technologies ammunition CAL: 9;
- xi. Twenty-Two (22) rounds of Fiocchi ammunition CAL: 40;
- xii. Fifty-Eight (58) rounds of Remington ammunition CAL: 40;
- xiii. Twenty-Five rounds of RWS ammunition CAL: 40;
- xiv. One (1) rounds of Sig Sauer (SIG) ammunition CAL: 9;
- xv. Eleven (11) rounds of Speer ammunition CAL: 40;
- xvi. Two (2) rounds of unknown ammunition CAL: 9;

xvii.   One (1) round of other ammunition CAL: 45;

xviii.  One (1) round of RWS ammunition CAL: 40;

xix.    Twenty-Nine (29) rounds of Remington ammunition CAL: 40;

xx.     Two (2) rounds of Fiocchi ammunition CAL: 40;

xxi.    One (1) round of RWS ammunition CAL: 40;

xxii.   Three (3) rounds of Speer ammunition CAL: 9;

xxiii.  One (1) round of Remington ammunition CAL: 40;

xxiv.   One (1) round of CCI ammunition CAL: 22/12;

xxv.    Thirteen (13) rounds of Speer ammunition CAL: 40; and

xxvi.   Six (6) rounds of Fiocchi ammunition CAL: 40.


**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, October 18, 2021.

*for* KMH

~~JAMES P. KENNEDY, JR.~~ TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ Katelyn M. Hartford
KATELYN M. HARTFORD
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York  14614
585/263-6760
katelyn.hartford@usdoj.gov

3