UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

JAMES PANE,

        Defendant.

21-CR-6133(CJS)

---

# FINAL ORDER OF FORFEITURE

WHEREAS, on November 30, 2021, this Court entered a Preliminary Order of Forfeiture against:

**FIREARM:**

    a. One Polymer80, Inc. pistol (P80 Tactical P80), with no serial number, seized from 151 Bernice Street, Rochester, New York, on April 8, 2021.

**AMMUNITION AND FIREARM PARTS AND ACCESSORIES:**

All seized from 241 Harding Road, Rochester, New York, on April 8, 2021:

    a. Two (2) silencers, both black;

    b. One (1) Polymer 80, Inc. (P80 Tactical P80), unknown receiver/frame, with no serial number;

    c. One (1) round of RWS Ammunition CAL: 40;

    d. Forty-Three (43) rounds of unknown ammunition CAL: 40;

    e. Forty-One (41) rounds of Remington ammunition CAL: 9;

    f. Twelve (12) rounds of Winchester-Western ammunition CAL: 40;

    g. Sixteen (16) rounds of Federal ammunition CAL: 9;

h.  One Hundred Twenty-Two (122) rounds of Speer ammunition CAL: 9;

i.  Two Hundred Thirty-Nine (239) rounds of CCI ammunition CAL: 22;

j.  Forty-Nine rounds of Jagemann Technologies ammunition CAL: 9;

k.  Twenty-Two (22) rounds of Fiocchi ammunition CAL: 40;

l.  Fifty-Eight (58) rounds of Remington ammunition CAL: 40;

m.  Twenty-Five rounds of RWS ammunition CAL: 40;

n.  One (1) rounds of Sig Sauer (SIG) ammunition CAL: 9;

o.  Eleven (11) rounds of Speer ammunition CAL: 40;

p.  Two (2) rounds of unknown ammunition CAL: 9;

q.  One (1) round of other ammunition CAL: 45;

r.  One (1) round of RWS ammunition CAL: 40;

s.  Twenty-Nine (29) rounds of Remington ammunition CAL: 40;

t.  Two (2) rounds of Fiocchi ammunition CAL: 40;

u.  One (1) round of RWS ammunition CAL: 40;

v.  Three (3) rounds of Speer ammunition CAL: 9;

w.  One (1) round of Remington ammunition CAL: 40;

x.  One (1) round of CCI ammunition CAL: 22/12;

y.  Thirteen (13) rounds of Speer ammunition CAL: 40; and

z.  Six (6) rounds of Fiocchi ammunition CAL: 40.

pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code,

Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), and the incorporated procedures of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to a one-count Information (docket # 21-CR-6133, ECF. No. 23) on or about October 18, 2021;

AND WHEREAS, for the 30 day period between December 10, 2021 and January 8, 2022, the United States published on an official government forfeiture website, namely www.forfeiture.gov, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the sixty-day period to file a claim expired on February 8, 2022, and no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW THEREFORE pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), and the incorporated procedures of Title 21, United States Code, Section 853,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title, and interest in:

**FIREARM:**

    a. One Polymer80, Inc. pistol (P80 Tactical P80), with no serial number, seized from 151 Bernice Street, Rochester, New York, on April 8, 2021.

**AMMUNITION AND FIREARM PARTS AND ACCESSORIES:**

All seized from 241 Harding Road, Rochester, New York, on April 8, 2021:

    a.     Two (2) silencers, both black;

    b.     One (1) Polymer 80, Inc. (P80 Tactical P80), unknown receiver/frame, with no serial number;

    c.     One (1) round of RWS Ammunition CAL: 40;

    d.     Forty-Three (43) rounds of unknown ammunition CAL: 40;

    e.     Forty-One (41) rounds of Remington ammunition CAL: 9;

    f.     Twelve (12) rounds of Winchester-Western ammunition CAL: 40;

    g.     Sixteen (16) rounds of Federal ammunition CAL: 9;

    h.     One Hundred Twenty-Two (122) rounds of Speer ammunition CAL: 9;

    i.     Two Hundred Thirty-Nine (239) rounds of CCI ammunition CAL: 22;
    j.     Forty-Nine rounds of Jagemann Technologies ammunition CAL: 9;

    k.     Twenty-Two (22) rounds of Fiocchi ammunition CAL: 40;

    l.     Fifty-Eight (58) rounds of Remington ammunition CAL: 40;

    m.     Twenty-Five rounds of RWS ammunition CAL: 40;

    n.     One (1) rounds of Sig Sauer (SIG) ammunition CAL: 9;

    o.     Eleven (11) rounds of Speer ammunition CAL: 40;

    p.     Two (2) rounds of unknown ammunition CAL: 9;

    q.     One (1) round of other ammunition CAL: 45;

r. One (1) round of RWS ammunition CAL: 40;

s. Twenty-Nine (29) rounds of Remington ammunition CAL: 40;

t. Two (2) rounds of Fiocchi ammunition CAL: 40;

u. One (1) round of RWS ammunition CAL: 40;

v. Three (3) rounds of Speer ammunition CAL: 9;

w. One (1) round of Remington ammunition CAL: 40;

x. One (1) round of CCI ammunition CAL: 22/12;

y. Thirteen (13) rounds of Speer ammunition CAL: 40; and

z. Six (6) rounds of Fiocchi ammunition CAL: 40.

is hereby forever removed, discharged, condemned, and forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Marshals Service and/or any other duly authorized federal agency shall dispose of the forfeited property according to law.

Dated: March 3, 2022, Rochester, New York.

HON. CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE